

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2018

No. 04-18-00274-CR

Jose Flores **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 1980CR1362W
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

It is so **ORDERED** on August 15, 2018.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT